IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Pryor III, Edward M | Case Number: 04 B 12292 |
|---|---|---|
| | Pryor, Dana M | Judge: Wedoff, Eugene R |
| | Printed: 12/02/08 | Filed: 3/29/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Completed: November 26, 2008
Confirmed: May 27, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 46,765.00 | |
| Secured: | | 11,439.94 |
| Unsecured: | | 30,654.53 |
| Priority: | | 0.00 |
| Administrative: | | 2,200.00 |
| Trustee Fee: | | 2,470.53 |
| Other Funds: | | 0.00 |
| Totals: | 46,765.00 | 46,765.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ernesto D Borges Jr Esq | Administrative | 2,200.00 | 2,200.00 |
| 2. | Wells Fargo Fin Acceptance | Secured | 0.00 | 0.00 |
| 3. | CitiMortgage Inc | Secured | 475.00 | 475.00 |
| 4. | Rogers & Hollands Jewelers | Secured | 500.00 | 500.00 |
| 5. | Mitsubishi Motors Credit Of America | Secured | 10,464.94 | 10,464.94 |
| 6. | Hilco Receivables, LLC | Unsecured | 3,800.46 | 5,506.45 |
| 7. | ECast Settlement Corp | Unsecured | 599.09 | 868.02 |
| 8. | Resurgent Capital Services | Unsecured | 366.89 | 531.59 |
| 9. | Resurgent Capital Services | Unsecured | 2,167.64 | 3,140.64 |
| 10. | CitiFinancial | Unsecured | 1,343.70 | 1,946.65 |
| 11. | ECast Settlement Corp | Unsecured | 2,109.19 | 3,055.96 |
| 12. | ECast Settlement Corp | Unsecured | 893.93 | 1,295.20 |
| 13. | Resurgent Capital Services | Unsecured | 4,410.94 | 6,390.87 |
| 14. | ECast Settlement Corp | Unsecured | 2,096.45 | 3,037.39 |
| 15. | Rogers & Hollands Jewelers | Unsecured | 1,397.67 | 2,025.06 |
| 16. | Clark Retail Enterprises Inc | Unsecured | 283.34 | 410.53 |
| 17. | Mitsubishi Motors Credit Of America | Unsecured | 1,688.32 | 2,446.17 |
| 18. | Client Collection Services Inc | Unsecured | | No Claim Filed |
| 19. | NCC Business Services | Unsecured | | No Claim Filed |
| 20. | TruGreen | Unsecured | | No Claim Filed |
| 21. | Illinois State Tollway | Unsecured | | No Claim Filed |
| 22. | Academy Collection Service | Unsecured | | No Claim Filed |
| 23. | Retailers National Bank | Unsecured | | No Claim Filed |
| 24. | CitiFinancial | Unsecured | | No Claim Filed |
| | | | $ 34,797.56 | $ 44,294.47 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Pryor III, Edward M
Pryor, Dana M
Printed: 12/02/08

Case Number: 04 B 12292
Judge: Wedoff, Eugene R
Filed: 3/29/04

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4% | 196.71 |
| 6.5% | 507.39 |
| 3% | 60.00 |
| 5.5% | 499.79 |
| 5% | 149.33 |
| 4.8% | 238.43 |
| 5.4% | 810.94 |
| 6.6% | 7.94 |
|  | $ 2,470.53 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

